```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5
   Attorney for Defendant
6  JONATHAN OLDEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S. 06-156-WBS |
| Plaintiff, ) | **STIPULATION FOR ORDER EXTENDING DATE FOR SELF-SURRENDER; ORDER** |
| v. ) | |
| JONATHAN OLDEN, ) | Judge: Hon. William B. Shubb |
| Defendant. ) | |
| _____ ) | |

   Defendant, through counsel, hereby requests an extension of his self-surrender date one week from August 18, 2006 to August 25, 2006 at 12:00 noon. The United States concurs with this request.

   Mr. Olden seeks an extension of time to self-surrender because he has been designated to prison in Sheridan, Oregon. Mr. Olden lives with his parents and they will be transporting him to the prison. Mr. Olden's father has a scheduling conflict the week of August 18, 2006 that will keep him from transporting his son. He will be able to get Mr. Olden to the prison the week of August 25, 2006.

//

1     Based upon the foregoing, the parties stipulate and request that
2 this Court enter an Order extending the self-surrender date to August
3 25, 2006, at 12:00 noon.

5 Dated: July 28, 2006
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Rachelle Barbour
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender

                                    McGREGOR SCOTT
                                    United States Attorney

                                    By /s/ Ellen Endrizzi
                                    ELLEN ENDRIZZI
                                    Asst. U.S. Attorney
                                    Attorney for Plaintiff

## **O R D E R**

The date of August 18, 2006 for self-surrender is vacated.  The new date of August 25, 2006 at 12:00 noon is set for self-surrender.

DATED: July 28, 2006

                                  *[signature]*
                                  WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE